**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| State of Ohio, ex rel. Dave Yost Attorney General of Ohio,<br><br>*Plaintiff,*<br><br>v.<br><br>Ascent Health Services LLC, Express Scripts, Inc., The Cigna Group, Evernorth Health, Inc., Prime Therapeutics LLC, Humana Pharmacy Solutions, Inc., and Humana Inc.,<br><br>*Defendants*. | Case No. 2:23-cv-01450-MHW-CMV<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION REGARDING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants Ascent Health Services LLC ("Ascent"), Express Scripts, Inc. ("Express Scripts"), The Cigna Group ("Cigna"), Evernorth Health, Inc. ("Evernorth"), Prime Therapeutics LLC ("Prime"), and Humana Pharmacy Solutions, Inc. and Humana Inc. ("Humana") (collectively, "Defendants") respectfully request that the Court enter an order memorializing that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint shall be May 24, 2023, the extended deadline Plaintiff previously agreed to for certain Defendants in state court before this action was removed to this Court. Plaintiff does not oppose this motion. The Court should grant this motion for the following reasons:

1. On March 27, 2023, the State of Ohio, acting through its Attorney General ("Ohio"), filed a Complaint against Defendants in the Court of Common Pleas for Delaware County ("State Court"), captioned *State of Ohio, ex rel. Dave Yost Attorney General of Ohio v. Ascent Health Services LLC, et al.*, Civil Action No. 23-CV-H-03-0179. ECF 1-3.

2. Ohio served the various Defendants with copies of the Summons and Complaint on either March 28, March 29, or March 30, 2023. ECF 1-4.

1

3. Ohio stipulated in State Court to 28-day extensions of Defendants' respective deadlines to respond to the Complaint. *See* ECF 1-6 at 1 (Ohio's stipulation with Prime), at 4 (Ohio's stipulation with Ascent, Express Scripts, Cigna, and Evernorth), at 7 (Ohio's stipulation with Humana).

4. Following those stipulated extensions, the response deadline was May 23 for Prime and Humana (*id.* at 1, 7) and May 24 for Ascent, Express Scripts, Cigna, and Evernorth (*id* at 3).

5. On April 27, 2023, Defendants removed this action to this Court under 28 U.S.C §§ 1331, 1441, 1442 and 1446. ECF 1.

6. Following removal, Defendants' respective deadlines to respond to the Complaint remain the same as they were in State Court.

7. Defendants request that the Court memorialize those deadlines in an order so that the docket accurately reflects the parties' agreed-upon deadlines.

8. In addition, Prime and Humana request that the Court extend their deadline to respond to the Complaint by one additional day—from May 23 to May 24, 2023—so that all responses are due on the same day. Setting a single response deadline will help ensure a consistent briefing schedule and other deadlines going forward in this action.

9. Defendants' counsel consulted with Ohio's counsel, who stated that Ohio does not oppose this motion and consents to the May 24 deadline for Defendants to answer or otherwise respond to the Complaint.

Accordingly, Defendants respectfully request that the Court order that all Defendants have up to an including May 24, 2023 to answer or otherwise respond to the Complaint.

Dated: May 3, 2023                       Respectfully submitted,

RULE GARZA HOWLEY LLP

*/s/ Charles R. Rule (per consent)*
Charles F. Rule *(pro hac vice)*
Daniel J. Howley *(pro hac vice)*
Benjamin Z. Bergmann *(pro hac vice)*
Erica N. Baum *(pro hac vice)*
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 843-9280
rule@rulegarza.com
howley@rulegarza.com
bergmann@rulegarza.com
baum@rulegarza.com

TAFT STETTINIUS & HOLLISTER LLP

*/s/ David J. Butler (per consent)*
David J. Butler (0068455)
Trial Attorney
41 South High Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614) 221-2838
dbutler@taftlaw.com

Jeanne M. Cors (0070660)
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
cors@taftlaw.com

*Counsel for Ascent Health Services LLC, Express Scripts, Inc., The Cigna Group, and Evernorth Health, Inc.*

DORSEY & WHITNEY LLP

*/s/ Jaime Stilson (per consent)*
Jaime Stilson *(pro hac vice)*
Michael A. Lindsay *(pro hac vice)*
Nicholas J. Bullard *(pro hac vice)*
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
stilson.jaime@dorsey.com
lindsay.michael@dorsey.com
bullard.nick@dorsey.com

FLANNERY | GEORGALIS, LLC

*/s/ Matthew L. Jalandoni*
Matthew L. Jalandoni (0087074)
Trial Attorney
Benjamin Reese (0096108)
175 South Third St., Suite 1060
Columbus, OH 43215
(380) 444-6027
mjalandoni@flannerygeorgalis.com
breese@flannerygeorgalis.com

*Counsel for Prime Therapeutics LLC*

CROWELL & MORING LLP

*/s/ Shawn R. Johnson (per consent)*
Shawn R. Johnson (*pro hac vice*)
Justin D. Kingsolver (*pro hac vice*)
1001 Pennsylvania Ave. NW
Washington, DC 20004
(202) 624-2500
srjohnson@crowell.com
jkingsolver@crowell.com

BRICKER GRAYDON LLP

*/s/ Anne Marie Sferra (per consent)*
Anne Marie Sferra (0030855)
Sommer L. Sheely (0076071)
100 South Third Street
Columbus, OH 43215
(614) 227-2300
asferra@brickergraydon.com
ssheely@brickergraydon.com

3

*/s/ Jason C. Murray (per consent)*
Jason C. Murray (*pro hac vice*)
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750
jmurray@crowell.com

*Counsel for Humana Pharmacy Solutions, Inc. and Humana Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the Plaintiff by operation of the Court's electronic filing system. Notice of this filing will be sent to all other parties not represented by counsel via regular U.S. Mail.

s/ *Matthew L. Jalandoni*
Matthew L. Jalandoni

*Counsel for Defendant Prime Therapeutics LLC*