UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE OF OHIO,** *ex rel.* **DAVE YOST**
**ATTORNEY GENERAL OF OHIO,**

    **Plaintiff,**

    v.

**ASCENT HEALTH SERVICES LLC,**
*et al.*,

    **Defendants.**

**Civil Action 2:23-cv-1450**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Defendant Prime Therapeutics LLC's Unopposed Motion for Leave to File Documents Under Seal (ECF No. 50). Therein, Prime seeks leave to file a confidential contract and an unredacted version of its forthcoming opposition to Plaintiff's motion to remand and Prime's supporting declaration (both of which reference the confidential contract) under seal. (*Id.*) Prime asserts that the contract in question, entered into between Prime and non-party Blue Cross Blue Shield Association, "contains non-public proprietary and financial information about Prime, [Blue Cross Blue Shield Association], and [a Prime-administered health insurance plan governed by the Federal Employees Health Benefits Act], including among other things information related to: (1) administration of the FEHBA plan, (2) the process and mechanics governing the negotiation and handling of rebates from pharmaceutical manufacturers, and (3) audit and performance requirements." (*Id.* at 4.) Prime

further asserts that "[d]isclosure of the Contract excerpts could lead to competitive harm to Prime and to BCBSA, a non-party." (*Id.*)

Based on these representations, the undersigned concludes that the exhibits in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Prime's Motion (ECF No. 50) is **GRANTED**. Prime shall (1) file the contract **UNDER SEAL**, (2) redact references to the contract in publicly filed versions of Prime's opposition and the supporting declaration, and (3) file **UNDER SEAL** un-redacted versions of Prime's opposition and the supporting declaration.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE