**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| STATE OF OHIO, ex rel. DAVE YOST ATTORNEY GENERAL OF OHIO<br><br>*Plaintiff,*<br><br>v.<br><br>ASCENT HEALTH SERVICES LLC; EXPRESS SCRIPTS, INC.; CIGNA GROUP; EVERNORTH HEALTH, INC.; PRIME THERAPEUTICS LLC; HUMANA PHARMACY SOLUTIONS, INC.; HUMANA INC.<br><br>*Defendants*. | Civil Action No. 2:23-cv-1450<br>Judge Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Express Scripts, Inc. and Prime Therapeutics LLC, along with Defendants Ascent Health Services LLC, The Cigna Group, Evernorth Health, Inc., Humana Pharmacy Solutions, Inc., and Humana Inc.,[1] appeal to the United States Circuit Court of Appeals for the Sixth Circuit from the Opinion and Order granting Plaintiff State of Ohio's Motion to Remand and Judgment, which were entered in this action on January 2, 2024 (ECF Nos. 97, 98) and are attached hereto as Exhibits A and B (together, the "Remand Order"). The Remand Order is immediately appealable because the case was removed pursuant to 28 U.S.C. § 1442.  *See* 28 U.S.C. § 1447(d).

---

[1] Defendants The Cigna Group and Evernorth Health, Inc., as well as Humana Pharmacy Solutions, Inc. and Humana Inc., previously filed respective motions to dismiss for lack of personal jurisdiction (ECF Nos. 41, 42), and this Notice is made without waiver of their jurisdictional defenses which they continue to maintain.

Dated: January 5, 2024                                         Respectfully submitted,

RULE GARZA HOWLEY LLP                            TAFT STETTINIUS & HOLLISTER LLP

Charles F. Rule                                              */s/ David J. Butler*
Daniel J. Howley                                             David J. Butler (0068455), Trial Attorney
Emily M. Renzelli                                            41 South High Street, Suite 1800
Benjamin Z. Bergmann                                         Columbus, Ohio 43215
Erica N. Baum                                                Telephone: (614) 221-2838
1701 Pennsylvania Ave. NW, Suite 200                         dbutler@taftlaw.com
Washington, D.C. 20006
Telephone: (202) 843-9280                                    Jeanne M. Cors (0070660)
rule@rulegarza.com                                           425 Walnut Street, Suite 1800
howley@rulegarza.com                                         Cincinnati, Ohio 45202
renzelli@rulegarza.com                                       Telephone: (513) 381-2838
bergmann@rulegarza.com                                       cors@taftlaw.com
baum@rulegarza.com

*Counsel for Ascent Health Services LLC, Express Scripts, Inc., The Cigna Group, and Evernorth Health, Inc.*

DORSEY & WHITNEY LLP                             FLANNERY | GEORGALIS LLC
Jaime Stilson *(pro hac vice)*                   Matthew L. Jalandoni (0087074)
Michael A. Lindsay *(pro hac vice)*              Benjamin Reese (0096108)
Nicholas J. Bullard *(pro hac vice)*             175 South Third St., Suite 1060
50 South Sixth Street, Suite 1500                Columbus, OH 42315
Minneapolis, MN 55402                            (380) 444-6027
(612) 340-2600                                   mjalandoni@flannerygeorgalis.com
stilson.jaime@dorsey.com                         breese@flannerygeorgalis.com
lindsay.michael@dorsey.com
bullard.nick@dorsey.com
Maral J. Shoaei *(pro hac vice)*
Dorsey & Whitney LLP
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301
(650) 857-1717
shoaei.maral@dorsey.com

*Counsel for Prime Therapeutics LLC*

CROWELL & MORNING LLP                            BRICKER GRAYDON LLP
Shawn R. Johnson *(pro hac vice)*                Sommer L. Sheely (0076071)
Justin D. Kingsolver *(pro hac vice)*            Anne Marie Sferra (0030855)
1001 Pennsylvania Ave. Nw                        100 South Third Street

2

Washington, DC 20004
Telephone: (202) 624-2500
E-mail: srjohnson@crowell.com
      jkingsolver@crowell.com

Jason C. Murray (pro hac vice)
CROWELL & MORNING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
E-mail: jmurray@crowell.com
Counsel for Defendants Humana Pharmacy Solutions, Inc. and Humana Inc.

Columbus, OH 43215-4291
Telephone: (614) 227-2300
Facsimile: (614) 227-2390
E-mail: ssheely@brickergraydon.com
      asferra@brickergraydon.com

## **CERTFICATE OF SERVICE**

The undersigned hereby certifies that on January 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

*/s/ David J. Butler*
David J. Butler (0068455)
