# EXHIBIT B

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

State of Ohio, ex rel., Dave Yost
Attorney General of Ohio
*Plaintiff*
v.
Ascent Health Services, LLC, et al.,
*Defendant*

Civil Action No. 2:23-cv-1450

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: This case is REMANDED to the Delaware County Court of Common Pleas.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 01/02/2024

*CLERK OF COURT*

s/Denise M. Shane
*Signature of Clerk or Deputy Clerk*