# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 16, 2024

Mr. David John Butler
Taft Stettinius & Hollister
41 S. High Street
Suite 1800
Columbus, OH 43215

Re: Case No. 24-3033, *OH, ex rel. Dave Yost v. Ascent Health Services, LLC, et al*
Originating Case No. 2:23-cv-01450

Dear Counsel,

   This appeal has been docketed as case number **24-3033** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 30, 2024**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Robin L Baker
                                          Case Manager
                                          Direct Dial No. 513-564-7014

cc:  Ms. Jennifer Lynne Pratt

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3033

STATE OF OHIO, ex rel., DAVE YOST, Attorney General of Ohio

      Plaintiff - Appellee

v.

ASCENT HEALTH SERVICES, LLC; EXPRESS SCRIPTS, INC.; CIGNA GROUP; EVERNORTH HEALTH, INC.; PRIME THERAPEUTICS, LLC; HUMANA PHARMACY SOLUTIONS, INC.; HUMANA, INC.

      Defendants - Appellants