**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF OHIO, ex rel. DAVE YOST ATTORNEY GENERAL OF OHIO<br><br>*Plaintiff*,<br><br>v.<br><br>ASCENT HEALTH SERVICES LLC; EXPRESS SCRIPTS, INC.; THE CIGNA GROUP; EVERNORTH HEALTH, INC.; PRIME THERAPEUTICS LLC; HUMANA PHARMACY SOLUTIONS, INC.; HUMANA INC.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-1450<br><br>Judge Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |

**Uncontested Motion for Dismissal of Claims Against Humana Pharmacy Solutions, Inc. and Humana Inc.**

Plaintiff State of Ohio moves pursuant to Federal Rule of Civil Procedure 21 that this Court dismiss with prejudice all claims against Humana Pharmacy Solutions, Inc., and Humana Inc. The State of Ohio, Humana Pharmacy Solutions, Inc. and Humana Inc. have resolved all claims in a settlement agreement entered into on June 5, 2024. This motion also serves to dismiss with prejudice Humana Pharmacy Solutions, Inc. and Humana Inc. as defendants to this action. Humana Pharmacy Solutions, Inc. and Humana Inc. do not oppose this motion. Plaintiff State of Ohio also requests that the clerk remove Humana Pharmacy Solutions, Inc. and Humana Inc. from the docket and case caption to reflect that they are no longer parties to this action.

The State's claims against the remaining defendants remain active.

Dated: February 27, 2026

Respectfully submitted,

DAVE YOST
Ohio Attorney General (0056290)
SHAWN BUSKEN (0083585)
Deputy First Assistant Attorney General

/s/ *Jennifer L. Pratt*
JENNIFER L. PRATT (0038916) (Trial Attorney)
Director of Major Litigation
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Telephone: (614) 752-8237
Fax: (614) 466-5087
Jennifer.Pratt@OhioAGO.gov

Beth A. Finnerty (0055383)
Section Chief, Antitrust Section
Edward J. Olszewski (0082655)
Assistant Section Chief, Antitrust Section
Thomas J. Collin (0023770)
Principal Assistant Attorney General, Antitrust Section
Sarah Mader (0102270)
Assistant Attorney General, Antitrust Section
30 East Broad Street, 26th Floor
Columbus, Ohio
Telephone; (614) 466-4328
Fax: (614) 995-0266
Beth.Finnerty@OhioAGO.gov
Edward.Olszewski@OhioAGO.gov
Thomas.Collin@OhioAGO.gov
Sarah.Mader@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Notice of this filing will be sent to all other parties not represented by counsel via regular U.S. Mail.

/s/ *Jennifer L. Pratt*____
Jennifer L. Pratt
Counsel for Plaintiff